**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**CALVIN CHISM**                                                         **PLAINTIFF**

**v.**                    **CASE NO. 2:07CV00104 BSM**

**DAN CURTNER, Individually
and in his Official Capacity as
Fire Chief for the City of Forrest
City, Arkansas; and the CITY
OF FORREST CITY, ARKANSAS**                      **DEFENDANTS**

## JUDGMENT

In accordance with the order entered today, defendants' motion for summary judgment is granted. The case is hereby dismissed with prejudice and the parties are to bear their own costs.

IT IS SO ORDERED this 25th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE